A098A (9/01)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Guillermo Heredia
Defendant.

CASE Number: 1:07CR 00258 OWW

APPEARANCE and COMPLIANCE BOND

Non-surety: I, the undersigned defendant, acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
Personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 50,000.00 , and there has been deposited in the Registry of the Court the sum of $ -0- in cash or N/A (describe other security.)

The conditions of this are that the defendant, Guillermo Heredia
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or directions in connection with such judgment.

   It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

   If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 10-30-07 at U.S. District Court, Eastern District of California, Fresno
                         Date                                          Place

Defendant: _____  City/State _____
*Surety: Rosario Mejia Valdovinos  City/State Fresno CA
*Surety: Miguel Valdovinos          City/State Fresno CA

Signed and acknowledged before me on 10-30-07
                                       Date

_____ Vasquez
Judicial Officer/Clerk

Approved: _____
          Judicial Officer

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at  Fresno  CA  ;
City/State

and that my net worth is the sum of  Fifty Thousand $ 00/  dollars

( $ 50,000.00 ).

I further state that  Rent Propertees

*※ Lucio Mejia Valdovinos*
Surety

*※ Miguel Valdovinos*
Surety

Sworn to before me and subscribed in my presence on  10-30-07
Date

at U.S. District Court, 2500 Tulare Street, Fresno, California 93721
Place

J. Vasquez , Deputy Clerk                    *Vasquez*
Name and Title                          Signature of Judicial Officer/Clerk

====

I, the undersigned surety, say that I reside at _____ ;
City/State

and that my net worth is the sum of _____ dollars

( $ _____ ).

I further state that

※ _____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on _____
Date

at U.S. District Court, 2500 Tulare Street, Fresno, California 93721
Place

J. Vasquez , Deputy Clerk                    _____
Name and Title                          Signature of Judicial Officer/Clerk

Justification Approved: _____
Judicial Officer