DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO HEREDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                  Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>GUILLERMO HEREDIA,  )<br>  )<br>                  Defendant.  )<br>_____ ) | No. 1:07-cr-0258 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON<br><br>Date:   January 28, 2008<br>Time:  9:00 A.M.<br>Judge:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for January 7, 2008, may be continued to January 28, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant. Counsel will be out of town and needs additional time for further investigation

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 3, 2008      By:  /s/  Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 DANIEL J. BRODERICK
                                 Federal Public Defender

DATED: January 3, 2008      By:  /s/   Francine Zepeda
                                 FRANCINE ZEPEDA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 GUILLERMO HEREDIA

### **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **January 3, 2008**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

Heredia - Stipulation and Proposed Order         2