DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO HEREDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> GUILLERMO HEREDIA, </br></br> Defendant. | No. 1:07-cr-0258 OWW </br></br> STIPULATION TO CONTINUE MOTIONS SCHEDULE AND STATUS CONFERENCE/ MOTIONS HEARING DATE; ORDER THEREON </br></br> Date:  March 17, 2008 </br> Time:  9:00 A.M. </br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before February 19, 2008, responses shall be filed on or before March 10, 2008, and **the status conference/motions hearing in the above-referenced matter now set for January 28, 2008, may be continued to March 17, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow her additional time for defense preparation and investigation, and to allow the parties time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and
4  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2008          By: /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: January 24, 2008          By: /s/ Francine Zepeda
                                 FRANCINE ZEPEDA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 GUILLERMO HEREDIA

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  January 25, 2008**             /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE