1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    FRANCINE ZEPEDA, Bar #091175
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    GUILLERMO HEREDIA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    No. 1:07-cr-0258 OWW
                                       )
12                    Plaintiff,       )    STIPULATION TO CONTINUE CHANGE
                                       )    OF PLEA HEARING DATE;
13           v.                        )    ORDER
                                       )
14   GUILLERMO HEREDIA,                )    Date:    July 14, 2008
                                       )    Time:    9:00 A.M.
15                    Defendant.       )    Judge:   Hon. Oliver W. Wanger
     _____)
16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel, that **the change of plea hearing in the above-referenced matter now set for June 9, 2008,**

20   **may be continued to July 14, 2008, at 9:00 A.M.**

21           This continuance is requested by counsel for Defendant to allow the parties additional time for

22   negotiation and finalization of a plea agreement.  The requested continuance will conserve time and

23   resources for all parties and the court.

24   ///

25    ///

26   ///

27   ///

28

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests

2    of justice, including but not limited to, the need for the period of time set forth herein in the interest of

3    justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and

4    3161(h)(8)(B)(i) and (iv).

5                                                        McGREGOR W. SCOTT
                                                         United States Attorney
6

7    DATED:  June 5, 2008                     By:  /s/  Laurel J. Montoya
                                                   LAUREL J. MONTOYA
8                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
9

10                                                      DANIEL J. BRODERICK
                                                        Federal Public Defender
11

12   DATED:  June 5, 2008                     By:  /s/   Francine Zepeda
                                                   FRANCINE ZEPEDA
13                                                 Assistant Federal Defender
                                                   Attorneys for Defendant
14                                                 GUILLERMO HEREDIA

15

16

17                                **O R D E R**

18       **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

19   3161(h)(8)(B)(i) and (iv).

20           IT IS SO ORDERED.

21   **Dated:   June 5, 2008**              _____ /s/ Oliver W. Wanger_____
                                            UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28