DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO HEREDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0258 OWW |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING DATE; ORDER |
| v. | |
| GUILLERMO HEREDIA, | Date:  August 11, 2008<br>Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the change of plea hearing in the above-referenced matter now set for July 14, 2008, may be continued to August 11, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow the parties additional time for investigation and for negotiation and finalization of a plea agreement.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: July 8, 2008                        By:  /s/  Laurel J. Montoya
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: July 8, 2008                        By:  /s/   Francine Zepeda
                                                FRANCINE ZEPEDA
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                GUILLERMO HEREDIA

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 9, 2008**                          /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE