DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO HEREDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>   v.<br><br>GUILLERMO HEREDIA,<br><br>   *Defendant.* | No. 1:07-cr-0258 OWW<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING DATE; ORDER<br><br>Date:  November 10, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the change of plea hearing in the above-referenced matter now set for September 22, 2008, may be continued to November 10, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow the parties additional time for investigation and for negotiation and finalization of a plea agreement. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 18, 2008        By: /s/ Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: September 18, 2008        By: /s/ Francine Zepeda
                                 FRANCINE ZEPEDA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 GUILLERMO HEREDIA

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 19, 2008**         /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE