DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO HEREDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00258 OWW |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING DATE; [PROPOSED] ORDER |
| v. | |
| GUILLERMO HEREDIA, | Date: February 2, 2009<br>Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the change of plea hearing in the above-referenced matter now set for December 15, 2008, may be continued to February 2, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow the parties additional time for investigation and for negotiation of a plea agreement. Counsel for Plaintiff is currently out of her office and has not been available to discuss a plea offer with defense counsel; it is necessary that the parties conduct further plea negotiation prior to finalization of a plea agreement. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i)
4  and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 11, 2008           By: /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: December 11, 2008           By: /s/ Francine Zepeda
                                        FRANCINE ZEPEDA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        GUILLERMO HEREDIA

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 12, 2008**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Change of Plea
Hearing Date; [Proposed] Order                     2