DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO HEREDIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>GUILLERMO HEREDIA,<br><br>    *Defendant.* | No. 1:07-cr-00258 OWW<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING DATE; ORDER<br><br>Date:  February 23, 2009<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the change of plea hearing in the above-referenced matter now set for February 2, 2009, may be continued to February 23, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant.  Counsel has received a plea offer in this matter, but due to time constraint caused by additional office duties, counsel has not yet had an opportunity to review the proposal with her client and complete negotiation of the plea agreement prior to the hearing.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i)
4  and (iv).

                                          LAWRENCE G. BROWN
                                          Acting United States Attorney

DATED: January 30, 2009                By: /s/ Laurel J. Montoya
                                              LAUREL J. MONTOYA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Public Defender

DATED: January 30, 2009                By: /s/ Francine Zepeda
                                              FRANCINE ZEPEDA
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              GUILLERMO HEREDIA

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3

IT IS SO ORDERED.

**Dated:   January 29, 2009**                /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE