1  DANIEL J. BRODERICK,  Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, CA Bar #91175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  GUILLERMO HEREDIA

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:07-cr-00258 OWW
                                    )
12              Plaintiff,          )   STIPULATION EXTENDING SURRENDER
                                    )   DATE; ORDER
13        v.                        )
                                    )
14 GUILLERMO HEREDIA,               )
                                    )
15              Defendant.          )
                                    )
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18 counsel of record herein, that the surrender date of Mr. Guillermo Heredia may be extended from February

19 18, 2010 to **March 5, 2010 before 2:00 p.m.** in order to complete appearances in state court.

20

21     DATED:   February 17, 2010              BENJAMIN B. WAGNER
                                               United States Attorney
22
                                               By /s/ *Laurel Montoya*
23                                               LAUREL MONTOYA
                                                 Assistant U.S. Attorney
24                                               Attorney for Plaintiff

25     DATED: February 17, 2010                DANIEL J. BRODERICK
                                               Federal Defender
26
                                               By /s/ *Francine Zepeda*
27                                               FRANCINE ZEPEDA
                                                 Assistant Federal Defender
28                                               Attorney for Defendant
                                                 GUILLERMO HEREDIA

1

**O R D E R**

2

3      **IT IS SO ORDERED**. The defendant shall surrender for service of his sentence at the institution

4   designated by the Bureau of Prisons before 2:00 p.m. on March 5, 2010.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   IT IS SO ORDERED.

26   **Dated:   February 17, 2010**            _____/s/ Oliver W. Wanger_____
                                           UNITED STATES DISTRICT JUDGE

27

28

Heredia - Stipulation Extending
Surrender Date and Order                         2