BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:07-cr-00258 LJO |
|---|---|
| Plaintiff, | STIPULATION TO RESET STATUS CONFERENCE AND ORDER |
| v. | |
| GUILLERMO HEREDIA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 16, 2014 at 1:30 p.m. before the Hon. Stanley A. Boone.

2. By this stipulation, the government now moves to advance the status conference to July 9, 2014 at 1:30 p.m. due to a scheduling conflict.  Defendant and Probation does not oppose this request.

3. The parties agree and stipulate, and request that the Court order the following:

   a. That the status hearing on the supervised release violation be advanced to July 9, 2014 at 1:30 p.m.; and

///

///

Heredia Stipulation and Proposed Order

1

      b.    That all other orders remain in full force and effect.

IT IS SO STIPULATED.

DATED:  June 16, 2014                         /s/ Laurel J. Montoya
                                                     LAUREL J. MONTOYA
                                                     Assistant United States Attorney

DATED:  June 16, 2014                         /s/ Eric Kersten
                                                       ERIC KERSTEN
                                                     Attorney for Defendant

                                                    O R D E R

IT IS SO ORDERED.

    Dated:  **June 17, 2014**                      **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE